JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO LOUIS NAVARRO,<br><br>          Plaintiff,<br><br>     v.<br><br>BLAIR, et al.,<br><br>          Defendants. | Case No. EDCV 20-1073 DDP (PVC)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

Dated:  December 12, 2022

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE